139 So. 919

Clemons KING v. CITY OF HUNTSVILLE.

8 Div. 367.

Court of Appeals of Alabama.
Jan. 21, 1932.

PER CURIAM.

Appeal dismissed for want of prosecution.

139 So. 919

Clemons KING v. CITY OF HUNTSVILLE.

8 Div. 447.

Court of Appeals of Alabama.
Jan. 21, 1932.

PER CURIAM.

Appeal dismissed for want of prosecution.

139 So. 919

Clemons KING v. STATE.

8 Div. 436.

Court of Appeals of Alabama.
Feb. 2, 1932.

RICE, J.
Affirmed.

140 So. 925

Clarence KING v. STATE.

4 Div. 894.

Court of Appeals of Alabama.
April 5, 1932.

Guy W. Winn, of Clayton, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, J.
Affirmed.

142 So. 922

Clemons KING v. STATE.

8 Div. 548.

Court of Appeals of Alabama.
June 7, 1932.

BRICKEN, P. J.
Affirmed.

142 So. 922

David KING v. STATE.

6 Div. 259.

Court of Appeals of Alabama.
May 24, 1932.

H. D. Jones, of Florence, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

BRICKEN, P. J.
Affirmed.

150 So. 925

H. A. KNOWLES, Sr., v. W. F. McCARTNEY.

4 Div. 32.

Court of Appeals of Alabama.
Nov. 9, 1933.

PER CURIAM.

Appeal dismissed for want of prosecution.